**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Jeffrey R. Smith
_____
                Plaintiff(s)

        V.                                                    CIVIL ACTION

Red Hat Cafe, Inc., et al                          NO. 07-11443-MLW
_____
                Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  Chief Judge Wolf

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On  November 13, 2008  I held the following ADR proceeding:

- ☐ SCREENING CONFERENCE      ☐ EARLY NEUTRAL EVALUATION
- ☑ MEDIATION                               ☐ SUMMARY BENCH / JURY TRIAL
- ☐ MINI-TRIAL                                ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☑ /were not ☐   present in person or by authorized corporate officer [except
_____].

The case was:

☑ Settled. Your clerk should enter a __30__ day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:


11/13/08                                                   Honorable Morris E. Lasker
_____                                   _____
    DATE                                                        ADR Provider


(ADRReportforpdf.wpd  - 4/12/2000)