UNITED STATES DISTRI0T COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEFFREY R. SMITH, | ) | |
|     Plaintiff(s) | ) | |
| | ) | |
| v. | ) | C.A. No. 07-11443-MLW |
| | ) | |
| RED HAT CAFÉ, INC. et al, | ) | |
|     Defendant(s) | ) | |

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised, on November 13, 2008 by the Honorable Morris E. Lasker, the ADR provider, that the above captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                                                By the Court:
                                                Sarah A. Thornton, Clerk

November 14, 2008                            /s/Dennis O'Leary
Date                                                       Deputy Clerk